# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00306-MR-WCM

| | |
|---|---|
| **ALLISON HARRIN,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **COLDEST BEER IN TOWN, INC.,** ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to Defendant's Motion for Summary Judgment [Doc. 13].

The Defendant filed a motion on April 5, 2019, seeking the entry of summary judgment on all claims asserted by the Plaintiff in this case. [Doc. 11]. On April 15, 2019, the Plaintiff filed the present Response pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, asking the Court to defer ruling on the Defendant's Motion for Summary Judgment or to deny it altogether. For grounds, the Plaintiff states that discovery requests are still outstanding and that responses to these requests must be received in order to adequately respond to the Defendant's motion. [Doc. 13].

Upon consideration of the Plaintiff's Response, and for the reasons stated therein, the Court concludes that it would be appropriate to deny the Defendant's Motion for Summary Judgment without prejudice to renewal after the close of discovery in this case.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Summary Judgment [Doc. 11] is **DENIED WITHOUT PREJUDICE** to renewal after the close of discovery in this case.

**IT IS SO ORDERED.**

Signed: April 17, 2019

Martin Reidinger
United States District Judge